**LAW OFFICES KENNETH I. GROSS & ASSOCIATES**
**KENNETH I. GROSS, ESQ.,  Bar #117838**
**(kgross@kigrosslaw.com)**
**THOMAS D. SHAMBAUGH, ESQ., Bar #184625**
**(tshambaugh@kigrosslaw.com)**
**849 S. Broadway Street, Suite 504**
**Los Angeles, California 90014**
**Tel.  (213) 627-0218**
**Fax.  (213) 623-4628**

Attorneys for Plaintiff JAN JAN WU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN JAN WU,                                    ) | CASE NO.: CV 07-05745GAF(CWx) |
| ) | |
| ) | **ORDER** |
| Plaintiff,              ) | **[proposed]** |
| ) | |
| ) | |
| v.                      ) | |
| ) | |
| JANE ARELLANO, et al.,             ) | |
| ) | |
| Defendants.       ) | |
| _____ ) | |

# O R D E R

Upon due consideration of the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: June 6, 2008

_____
GARY ALLAN FEESS
UNITED STATES DISTRICT JUDGE